**Opinion issued June 28, 2012.**



In The

# Court of Appeals
### For The
# First District of Texas

---

**NO. 01-10-01154-CV**

---

**KERRY LABLANCHE, Appellant**

**V.**

**GILLMAN HONDA BODYSHOP, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 963785**

---

## MEMORANDUM OPINION

Appellant, Kerry Lablanche, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified on February 29, 2012 that this appeal was subject

to dismissal on May 21, 2012, appellant did not adequately respond.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.